WARD, Respondent, v. EGAN, Appellant.

(144 N. W. 439. )

**Appeal—Dismissal of Appeal—Affirmance For Want of Prosecution—Brief.**

Where appeal was perfected in March, and appellant failed during the ensuing seven months to serve or file brief, or take any other steps to prosecute his appeal, **held,** that, while respondent's application for dismissal of appeal will not be granted, the appeal will be deemed to have been abandoned, and the order appealed from affirmed.

(Opinion filed December 18, 1913.)

Appeal from Circuit Court, Minnehaha County. Hon. JOSEPH W. JONES, Judge.

Action by E. C. Ward against George W. Egan. From a judgment for plaintiff, defendant appeals. Affirmed.

*George W. Egan,* for Appellant.

*Joe Kirby,* for Respondent.

POLLEY, J. The record on file in this case shows that the appeal was perfected on the 26th day of March, 1913. Since that time the appellant has not served or filed any brief, nor taken any

other steps tending to prosecute the appeal. The respondent now asks the court to dismiss the appeal for want of prosecution. The appeal will not be dismissed; but, following the rule announced in Gottwerth v. Thompson, 142 N. W. 1133, the appeal will be deemed to have been abandoned, and the order appealed from is affirmed.